X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-361-LDG (RJJ) |
| OSCAR NOE SANCHEZ-LARIOS, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO**
**DEFENDANT OSCAR NOE SANCHEZ-LARIOS**

On October 8, 2010 (Docket #74), this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2) forfeiting property of defendant OSCAR NOE SANCHEZ-LARIOS to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant OSCAR NOE SANCHEZ-LARIOS.

DATED this _23_ day of _Feb_____, 2011.

_____
UNITED STATES DISTRICT JUDGE