UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OSCAR NOE SANCHEZ-LARIOS<br><br>　　　　Defendant. | District No.   2:10-CR-0361-LDG-RJJ |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

On April 6th, 2011 this court received a transcript order form dated April 6, 2011 requesting a Transcript of the hearing held on October 6, 2010 and February 24, 2011 from Mr. Mario D. Valencia, counsel for Defendant Oscar Noe Sanchez-Larios., in which **the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _____ day of April, 2011.

_____
Lloyd D. George
United States District Judge