UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| USA | |
|---|---|
| Plaintiff, | District No.   2:10-CR-0361-LDG-RJJ |
| vs. | |
| OSCAR NOE SANCHEZ-LARIOS | |
| Defendant. | |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On April 6th, 2011 this court received a transcript order form dated April 6, 2011 requesting a Transcript of the hearing held on February 23, 2011 from Mr. Mario D. Valencia, counsel for Defendant Oscar Noe Sanchez-Larios, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 14 day of April, 2011.

Lloyd D. George
United States District Judge